## Lee *v.* Williams, Appellant (No. 2).

Argued Jan. 15, 1904. Appeal, No. 63, Jan. T., 1904, by defendants, from judgment of C. P. Luzerne Co., March T., 1898, No. 231½, on verdict for plaintiff in case of George F. Lee and Frank J. Scouton trading as Lee & Scouton v. David Williams et al., owners or reputed owners, and J. W. Zimmerman et al., contractors or builders. Before RICE, P. J., BEAVER, ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Reversed.

OPINION BY BEAVER, J., November 17, 1904:

This case was tried in the court below and argued here

with Lee v. Williams, 26 Pennsylvania Superior Court, 405.

The assignments of error are in all respects similar to those in the case above referred to and what is there said in regard thereto applies equally to this case.

For the reasons therein stated, the judgment is reversed and a new venire awarded.